IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND A. BURTON**                                                                                        **PLAINTIFF**

v.                                            **CASE NO. 4:10CV00039 BSM**

**UNION PACIFIC RAILROAD COMPANY**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice pursuant to a joint motion by the parties.

Dated this 11th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE