### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RAYMOND A. BURTON**                                                         **PLAINTIFF**

**v.**                                    **CASE NO. 4:10CV00039 BSM**

**UNION PACIFIC RAILROAD COMPANY**                                **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is hereby dismissed with prejudice

pursuant to a joint motion by the parties.

Dated this 11th day of July 2012.


_____
UNITED STATES DISTRICT JUDGE